# Exhibit "A"

Case: 2:26-cv-00419-DRC-SCS Doc #: 1-1 Filed: 04/07/26 Page: 2 of 2 PAGEID #: 31

THE WEATHER

Columbus area:
Clearing and cooler Thursday.
(Port Columbus Readings)
Max. 79 (3 p. m.; Min. 46 (6.30 a. m.)

TELEPHONE JOURNAL CApital 4-8151

# OHIO STATE JOURNAL

### Ohio's "Good Morning" Newspaper

Established 1811

VOL. CXLV. No. 245     COLUMBUS, THURSDAY MORNING, OCTOBER 13, 1955   ★ ★ ★ ★   7c per copy / 36c per week by carrier

**Infiltration**

Miami, Fla. —(P)— American Legion officials hammering away at Communism at their convention Wednesday were sitting on chairs from behind the Iron Curtain. They were stamped under the seat with, "Made in Czechoslovakia."

## Columbus Day Climax Crowd Largest Since Ike's 1952 Visit

# 100,000 SEE PARADE, UNVEILING



## Dignitaries Laud Statue

### By JACKSON ELLIOTT

The massive statue of Christopher Columbus, a gift from the city of Genoa, Italy, was formally presented to Columbus, the city, Wednesday night after an estimated 100,000 spectators had massed along Broad St. to view an hour-long festive parade.

★ ★ ★

More than 25,000 packed around the south plaza of City Hall as celebrities from many fields and from both the United States and Italy, marked the date on which the Genoese explorer discovered the New World.

It was the biggest throng downtown since President Eisenhower paid Columbus a visit in September, 1952, on his campaign tour and some officials said a crowd of such numbers had never massed in the immediate downtown area.

**THE AUDIENCE**, of which 75 per cent were children, extended on the east to the Broad Theater, on the west to halfway across the bridge and were in a solid mass from the south City Hall wall to beyond the south side of Broad St.

Governor Lausche, Sen. John W. Bricker, Congressman John M. Vorys, Mayor Sensenbrenner, Deputy Mayor of Genoa Giuseppe DeAndre, and sculptor Edoardo Alfieri, spoke briefly.

For the most part their speeches were similar, each reflecting joy over the fine relations between Italy and America, over the honor being paid to Christopher Columbus, and over the statue itself.

Harold E. Stassen, special assistant to President Eisenhower and the highest ranking guest, extended greetings to the people of Genoa, in his speech, and added:

"I say to them that Americans believe their greatness derives from an unbending dedication to freedom under God. I say to them that the spirit of Genoa is part and parcel of the spirit created at Geneva. I say to them that we are two nations with a common

## Big Parade Heightens Festivities

### By JAMES SPECKMAN

A festive spirit reigned in the city during Wednesday night's Columbus Day parade and official unveiling of the Genoa statue of "The Discoverer" at City Hall.

It started slowly, then spread quickly among the thousands upon thousands of spectators for whom the celebration, whether they realized it or not, was a rediscovery of their home town, Columbus.

They lined both sides of Broad St., four to eight feet deep from east of Fourth St. to Civic Center Dr.

★ ★ ★

**THE YOUNGSTERS** shrilled their appreciation, the adults applauded, and:

"Oh, Yi, Yi," exclaimed a young man as a float came into view carrying a bevy of beautiful girls.

"Help me up, help me up." called a 3-year-old to his father, who like many other dads hoisted their children on their shoulders.

"This is the only time I'm sorry I'm short," said one woman.

★ ★ ★

**UP AND DOWN** the street, vendors hawked balloons, American and Italian flags, and souvenir programs.



