# Exhibit "B"

TO THE CITIZENS OF COLUMBUS     OHIO


It is difficult to say everything I feel in one minute.

It is as if I had left a little of my heart in your town.

I feel ~~living~~ I am living with you once more these days; Is see your river

again, your country, the friends of Columbus, as generous as brothers.

I see your town-hall again, your kind mayor SANSEMBRENNER, and high above

you all, my "Cristofer  Columbus " some much desired by all of you.

I am glad that this work of mine makes all those who look at it think, in

the centuries, of the great navigator, and makes your heart throb with a

brotherly love for Genoa, Cristofer Columbus's birthplace.

It has been a great joy for me to work and sculpture for you and I hope to

be able to see you again , my friends.

Health and happiness to the citizens of Columbus Ohio.


                    Your friend
                         EDOARDO ALFIERI



Dear John Haldi

I send you the message you asked me for.   I hope it is all right.   I have
been thinking about it all these days.   I was afraid to tell you too com-
mon and inadequate things. . I hope it is not too long.
I have so much work on hand just now because I have to deliver two large marble
statues to the city of Genoa.
Please, let me know if it is all right.
I am ansiously waiting for your letter.
Remember me to your wife and the friends of W B N S+ TV.

                    Yours
                         E. A.