# Exhibit "C"

Rome, January 13,1956

Senator Bricker
  Washington, D.C.
    U.S.A.

Dear Senator Bricker:

I have been requested by Mr. James Rhodes, Auditor of State, Columbus, Ohio, to write you some information regarding the position I was offered by the Ohio State University.

As you already know, during October 1955, Mr. Rhodes asked me whether I could accept a teaching position in Sculpture at the University of Ohio, which I accepted with great pleasure.

Following Mr. Rhodes' advice I went to the Cultural Office of the American Embassy in Rome to obtain further information on the subject.

I am now able to give you the following data:

I shall apply for a Fulbright travel grant, covering travel expenses from my home town to the U.S. and return trip. Since my application is due on February 29, I shall need as soon as possible an official letter of appointment by the University of Ohio, indicating the position offered, its duration, and remuneration (the amount of income tax deduction should also be mentioned). In the event I shall be awarded a Fulbright grant, I will apply for an Exchange Visitor's Visa under Program Number G-5. I plan to stay in the U.S. approximately for a period of one to three years. I will take my wife with me. We have no children.

I have already submitted to Mr. Cianflona, Attorney Examiner of Columbus, Ohio, a copy of my school certificates, a curriculum of my professional activity indicating Sculpture exhibits in which I participated, awards and prizes received, etc.

I wish to express you my heartfelt thanks for your moving words on my country at the inauguration of the statue of Christopher Columbus in the capital of Ohio.

Very Sincerely yours,

Edoardo Alfieri

Piazza Giuseppe Rensi 3
Genova, Italy