# Exhibit "E"



# The Columbus Citizen

Official Forecast—Fair and warmer tonight, low of 50. Wednesday, fair and warm, high of 82. (Weather Map on Page 6.)

VOL. 57—No. 225    Phone CA. 4-1111    COLUMBUS 15, OHIO, TUESDAY, OCTOBER 11, 1955

FINAL
HOME

Five Cents Per Copy

## Columbus Takes His Stand Here--For Eternity



**END OF PRIVACY** For the mammoth Christopher Columbus statue came when its creator, Edoardo Alfieri, assisted by Mayor Sensenbrenner, pried into the huge crate that cradled the statue during its trip from Genoa to Columbus.



**UNOFFICIAL UNVEILING** of the giant, when all the crating was ripped away, was witnessed by a crowd of curious, including most of the workers from City Hall. Workmen prepare the finishing touches while Columbus rests before his placement.

### Vandals Smear Paint On Statue; 'Horsewhip Them,' Says Resident

Vandals smeared brown paint on the city's newest and proudest possession early today. A special police detail will go on duty tonight to prevent a recurrence.

The paint was applied to the right foot and side of the new bronze statue of Christopher Columbus, erected yesterday, in front of City Hall and scheduled to be dedicated tomorrow night.

WORKMEN DISCOVERED the vandalism when they came to this work this morning, about 8 a. m.

Service Director Floyd Redick said he would ask the police to within tell shortly after he was shown the paint smears about 9 a. m.

"I WAS HERE last night until midnight," he said, "and I know how anyone can do a thing like this."

The statue is shrouded with a tarpaulin which reaches to within a few feet of the base. The vandals worked on the uncovered parts.

CITY OFFICIALS and passersby alike were shocked at the act.

"Anyone who'd do that ought *(Turn to Page 3, Column 1)*



**PLACE OF HONOR,** is assumed by Columbus—with a rope around his neck. The ticklish job of setting the three-ton statue on the base made for many anxious moments as cranemen and a hundred silent supervisors did the job.

### Other Columbus Day News

EDITORIAL: "From Genoa to Columbus" ......... Page 4
GINO PRATO Arrives For Celebration .......... Page 5
"COLUMBUS GAINED SUPPORT For Journey From Little Known Cosmographer" ......... Page 16
NEWSMEN RACE in "Columbus" Boats ......... Page 16
"I DISCOVER COLUMBUS in Genoa" ......... Page 17
"MOVIE RELATES Columbus' Life" ......... Page 21
"NO TRAPDOOR HERE to Pin Ample Bases" .... Page 21
"CITY, COUNTY SCHOOLS Conduct Day Projects Page 21
"BOOKS ON EXPLORER Give Kids Background For Celebration" ......... Page 21
STORES OFFER Special Sales ......... Page 25

### Columbus Day Schedule

**WEDNESDAY, OCT. 12**

**SATURDAY, OCT. 15**

**COLUMBUS DAY DEDICATION PROGRAM 8:30 P. M. WEDNESDAY**

## Paint Smeared On Statue Of Columbus By Vandals

*(Continued From Page 1)*

## 'I'm Still A Shoemaker'---
## The Money Hasn't Changed Gino But It Sure Interests Others

